# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Markus Hollingsworth, | : | |
| Petitioner | : | |
| | : | No. 2024 C.D. 2016 |
| v. | : | |
| | : | |
| Unemployment Compensation | : | |
| Board of Review, | : | |
| Respondent | : | |

## *ORDER*

AND NOW, this 10th day of August, 2018, it is ORDERED that the above-captioned opinion filed May 17, 2018, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____

PATRICIA A. McCULLOUGH, Judge